Karl O. Riley
Nevada Bar No. 12077
COZEN O'CONNOR
3753 Howard Hughes Pkwy, Suite 200
Las Vegas, NV 89169
Telephone: 702.470.2330
Facsimile: 702.470.2370

*Attorney for Defendant Vitacost.com, Inc.*

# IN THE UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| MOHAMED ALI, an Individual;<br><br>Plaintiff,;<br><br>Plaintiff,<br><br>vs.<br><br>VITACOST.COM, INC., a Foreign Corporation; DOES 1 through 25, inclusive; and ROE CORPORATIONS 1 through 25, inclusive,<br><br>Defendants.<br>Defendants. | CASE NO.: 2:23-cv-01078-JAD-BNW<br><br>**STIPULATION AND ORDER TO REQUEST EARLY NEUTRAL EVALUATION AND TO STAY DISCOVERY** |

  Plaintiff Mohamed Ali ("Plaintiff") and Defendant Vitacost.com, Inc. ("Vitacost") stipulate and agree as follows:

  WHEREAS, under Local Rule 16-6, this case includes claims listed in Local Rule 16-6(a) and should be sent to an early neutral evaluation within 30 days of this submission;

  WHEREAS, the parties are hopeful that the case will be resolved at the early neutral evaluation;

  WHEREAS, for judicial efficiency and to minimize expenditures on behalf of the parties, the parties request that the court stay discovery pending potential resolution of the early neutral evaluation;

  WHEREAS, under Local Rule 26-3, the only discovery served to date is Plaintiff's First Set of Interrogatories, Requests for Production of Documents, and Requests for Admissions, which were served on October 5, 2023;

LEGAL\66881577\3

WHEREAS, under Local Rule 26-3, the parties anticipate the following discovery (at a minimum) to be completed if the early neutral evaluation is unsuccessful:

Plaintiff:

- Rule 30(b)(6) Deposition of Vitacost

Vitacost:

- Deposition of Plaintiff
- Serve on Plaintiff First Set of Interrogatories and Requests for Production of documents
- Respond to Plaintiff's First Set of Interrogatories and Requests for Admissions.

WHEREAS, this stipulation is for good cause and not for purposes of delay.

**IT IS SO STIPULATED.**

Dated: 11/16/23

Dated: 11/16/23

*/s/ Karl O. Riley*
Karl O. Riley
Nevada Bar No. 12077
COZEN O'CONNOR
3753 Howard Hughes Pkwy, Suite 200
Las Vegas, NV 89169
Telephone: (702) 470-2330
Email: koriley@cozen.com

*Attorney for Defendant Vitacost.com, Inc.*

*/s/Kyle R. Tatum*
PATRICK W. KANG, ESQ.
Nevada Bar No.: 10381
KYLE R. TATUM, ESQ.
Nevada Bar No.: 13264
6480 W. Spring Mountain Rd., Ste. 1 Las Vegas, NV 89146
702.333.4223

*Attorneys for Plaintiff Mohamed Ali*

**ORDER**

For good cause appearing,

IT IS ORDERED that this court be submitted to an early neutral evaluation, which will be ordered under separate cover;

IT IS FURTHER ORDERED for judicial and the parties' economy, this case is stayed pending resolution of the scheduled early neutral evaluation;

IT IS FURTHER ORDERED that the Clerk of the Court randomly assign a magistrate judge to conduct the Early Neutral Evaluation.

**IT IS SO ORDERED.**

Dated: 11/17/2023

_____
UNITED STATES MAGISTRATE JUDGE