**PATRICK W. KANG, ESQ.**
Nevada Bar No.: 10381
**KYLE R. TATUM, ESQ.**
Nevada Bar No.: 13264
**CHRISTIAN Z. SMITH, ESQ.**
Nevada Bar No.: 8266
**PAUL H. WOLFRAM, ESQ.**
Nevada Bar No.: 16025
**KANG & ASSOCIATES, PLLC**
6480 West Spring Mountain Road, Suite 1
Las Vegas, Nevada 89146
P: 702.333.4223/F: 702.507.1468
pkang@acelawgroup.com
filing@acelawgroup.com
*Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| MOHAMED ALI, an Individual;<br><br>Plaintiff,<br><br>vs.<br><br>VITACOST.COM, INC., a Foreign Corporation; DOES 1 Through 25, inclusive; and ROE CORPORATIONS 1 Through 25, inclusive,<br><br>Defendants. | Case No.: 2:23-cv-01078-JAD-BNW<br><br>**STIPULATION REGARDING SCHEDULING EARLY NEUTRAL EVALUATION SESSION** |

## STIPULATION REGARDING SCHEDULING EARLY NEUTRAL EVALUATION SESSION

Pursuant to the Order of the Court, entered on December 6, 2023:

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff, MOHAMED ALI, and Defendant, VITACOST. COM, INC., through their respective counsel, the parties have the following mutual availability in which to hold the Early Neutral Evaluation.

January 23, 2024; January 25, 2024; January 30, 2024; February 1, 2024; February 6, 2024; February 8, 2024; February 15, 2024; February 22, 2024; February 27, 2024.

While the Order of the Court required the parties to submit five dates during the first six weeks of 2024, the parties have provided additional dates out of an abundance of caution.

DATED this 20th day of December 2023.

*/s/Patrick W. Kang, Esq.*
**PATRICK W. KANG, ESQ.**
Nevada Bar No.: 10381
**KYLE R. TATUM, ESQ.**
Nevada Bar No.: 13264
**CHRISTIAN Z. SMITH, ESQ.**
Nevada Bar No.: 8266
**PAUL H. WOLFRAM, ESQ.**
Nevada Bar No.: 16025
**KANG & ASSOCIATES, PLLC**
6480 W. Spring Mountain Road, Suite 1
Las Vegas, Nevada 89146
P: (702) 333-4223/F: (702) 507-1468
*Attorneys for Plaintiff*

DATED this 20th day of December 2023.

*/s/ Karl O. Riley, Esq.*
**KARL O. RILEY, ESQ.**
Nevada Bar No.: 12077
**COZEN O'CONNOR**
3753 Howard Hughes Pkwy, Suite 200
Las Vegas, NV 89169
P: 702.470.2330
*Attorney for Defendant*

**ORDER**

THE COURT ORDERS pursuant to the dates provided by the parties above, the Early Neutral Evaluation shall be re-set to **Thursday, February 1**, 2024 at **10:00** A.M.

**IT IS FURTHER ORDERED** that the confidential evaluation statements must be submitted by 4:00 p.m. on **Thursday, January 25, 2024.**

**IT IS FURTHER ORDERED** that all other provisions of the Court's prior Order (ECF No. 25) remain in effect.

DATED:  December 21, 2023

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE

Respectfully Submitted:

**KANG & ASSOCIATES**

/s/*Patrick W. Kang, Esq.*
**PATRICK W. KANG, ESQ.**
Nevada Bar No.: 10381
6480 W. Spring Mountain Road, Suite 1
Las Vegas, NV 89146
P: 702.333.4223
*Attorneys for Plaintiff*

Re: Case No.: 2:22-cv-01078- Ali vs. Vitacost- Stipulation regarding Scheduling Early Neutral Evaluation Session

Riley, Karl O. <KORiley@cozen.com>
Wed 12/20/2023 10:53 AM

To:Jhana Richardson <jrichardson@acelawgroup.com>
Cc:Paul Wolfram <pwolfram@acelawgroup.com>;pkang acelawgroup.com <pkang@acelawgroup.com>;Megan Kay <mkay@acelawgroup.com>; scho acelawgroup.com <scho@acelawgroup.com>;hcaifano acelawgroup.com <hcaifano@acelawgroup.com>;Nash, Patricia J. <PNash@cozen.com>;Phelan, Joanie <JPhelan@cozen.com>;Green, Brittany D. <BrittanyGreen@cozen.com>

Approved.

On Dec 20, 2023 1:44 PM, Jhana Richardson <jrichardson@acelawgroup.com> wrote:
**EXTERNAL SENDER**

Mr. Riley,

Please review the attached Proposed Stipulation regarding Scheduling Early Neutral Evaluation Session. Once approved, please kindly consent for our office to affix your e-signature. Thank you!

Sincerely,
*Jhana Richardson*
Senior Paralegal

KANG & ASSOCIATES, PLLC
d/b/a ACE LAW GROUP
6480 W. Spring Mountain Rd., Ste 1
Las Vegas, NV 89146
P: 702.333.4ACE (223)
F: 702.507.1468
Korean Hot Line: 702.493.4047
E-Mail jrichardson@acelawgroup.com
www.acelawgroup.com

NOTICE: If you have received this message in error, or are not the named or intended recipient(s), please immediately notify the sender at (702) 333-4223 and delete this E-mail message and any attachments from your workstation or network mail system.

If you are a client or work for a client of KANG & ASSOCIATES, PLLC, or have consulted with the law firm for potential representation, this E-mail is protected by the attorney-client privilege and the work product doctrine. This E-mail is not intended for release to opposing parties, opposing counsel or any other third person or entity. Caution should be used when forwarding this E-mail to others within the company as the privilege may be lost. Copies of this E-mail should not be kept in your regular files.



Discrimination and Harassment | Lawyer in Las Vegas | Personal Injury Attorney

Located in Las Vegas, Ace Law Group offers aggressive representation for personal injury and employment law cases. Free consult. 702-605-3113.

www.acelawgroup.com