Karl O. Riley
Nevada Bar No. 12077
COZEN O'CONNOR
500 N. Rainbow Blvd., Suite 300
Las Vegas, NV 89107
Telephone: 702.470.2330
Facsimile: 702.470.2370

*Attorney for Defendant Vitacost.com, Inc.*

# IN THE UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| MOHAMED ALI, an Individual;<br><br>Plaintiff,<br><br>vs.<br><br>VITACOST.COM, INC., a Foreign Corporation; DOES 1 through 25, inclusive; and ROE CORPORATIONS 1 through 25, inclusive,<br><br>Defendants. | CASE NO.: 2:23-cv-01078-JAD-BNW<br><br>**STIPULATION AND ORDER TO DISMISS CASE WITH PREJUDICE**<br><br>ECF No. 34 |

Under Federal Rule of Civil Procedure 41(a)(2), Plaintiff Mohamed Ali ("Plaintiff"), by and through his undersigned counsel, and Defendant Vitacost.com, Inc. ("Defendant"), by and through its undersigned counsel, hereby stipulate and agree that the claims by Plaintiff as against Defendant be dismissed in their entirety, with prejudice, with each party to bear their own attorney

///

///

///

LEGAL\69886817\2

fees and costs.

**IT IS SO STIPULATED.**

Dated: April 15, 2024                                                                 Dated: April 15, 2024

/s/ Karl O. Riley                                                                          /s/Paul H. Wolfram
Karl O. Riley                                                                               PATRICK W. KANG, ESQ.
Nevada Bar No. 12077                                                              Nevada Bar No.: 10381
COZEN O'CONNOR                                                                 PAUL H. WOLFRAM, ESQ.
500 N. Rainbow Blvd., Suite 300                                           Nevada Bar No.: 16025
Las Vegas, NV 89107                                                              6480 W. Spring Mountain Rd., Ste. 1 Las
Telephone: (702) 470-2330                                                    Vegas, NV 89146
Email: koriley@cozen.com                                                    702.333.4223

*Attorney for Defendant Vitacost.com, Inc.*                      *Attorneys for Plaintiff Mohamed Ali*

## ORDER

Based on the parties' stipulation [ECF No. 34] and good cause appearing, IT IS HEREBY ORDERED that **THIS ACTION IS DISMISSED** with prejudice, each side to bear its own fees and costs. The Clerk of Court is directed to **CLOSE THIS CASE.**

_____
U.S. District Judge Jennifer A. Dorsey
Dated: April 19, 2024

2

LEGAL\69886817\2